UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEWCO, INC., dba CASCADE COLUMBIA DISTRIBUTION COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY, fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCEC COMPANY, an Illinois insurance company,<br><br>Defendant. | Case No. 2:23-cv-01311<br><br>DEFENDANT AIG SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL TO FEDERAL COURT |

TO: The Honorable Judges of the United States District Court for the Western District of Washington:

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant AIG Specialty Insurance Company ("ASIC") hereby removes the above-captioned action from the Superior Court of Washington for King County to this Court on the grounds of original jurisdiction based on diversity of citizenship (28 U.S.C. § 1332). The following statement is submitted in accordance with 28 U.S.C. § 1446:

1. <u>The State Court Action</u>. On June 30, 2023, Plaintiff NewCo, Inc. dba Cascade Columbia Distribution Company ("Plaintiff") filed the action captioned *Newco, Inc. v. AIG*

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 1
Case No. 2:23-cv-01311

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

*Specialty Insurance Company*, King County Superior Court Case No. 23-2-11914-2 SEA (the "State Court Action"). True and correct copies of the following pleadings filed in the State Court Action are attached to the accompanying Declaration of Gabriel Baker ("Baker Declaration") as Exhibit 1: Complaint; Case Information Cover Sheets; Order Setting Case Schedule; Summons; and Jury Demand.

Plaintiff has not served written discovery requests and the parties have not taken any other actions in the State Court Action. A true and correct copy of the complaint is also separately included as an attachment to this Notice and labeled as the "Complaint." A true and correct copy of the jury demand is also separately included as an attachment to this Notice and labeled as the "Jury Demand."

2. Plaintiff purportedly served ASIC through the Washington Insurance Commissioner on July 3, 2023, and ASIC received the Complaint from the Washington Insurance Commissioner on July 25, 2023. True and correct copies of the purported service documents are attached to the Baker Declaration as Exhibit 2.

3. <u>Diversity Jurisdiction</u>. This Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.

4. <u>Complete Diversity</u>. The Complaint alleges that Plaintiff is a Washington corporation doing business in King County, Washington. Compl. ¶ 1. The Complaint also alleges that ASIC is "organized and existing under the laws of Illinois and having its principal place of business in New York." *Id.* ¶ 3.

5. ASIC confirms that it is organized and incorporated under the laws of the State of Illinois and has its principal place of business in New York. Baker Decl. ¶ 4. Accordingly, there is complete diversity between the parties.

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 2
Case No. 2:23-cv-01311

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

6. <u>Amount in Controversy</u>. A defendant can establish the amount in controversy by the allegations in a complaint, or by setting forth facts in the notice of removal that demonstrate the amount in controversy exceeds $75,000. *Kroske v. US Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005). Here, the Complaint does not specify the amount in controversy. However, on August 14, 2023, counsel for Plaintiff advised counsel for ASIC that the amount in controversy exceeds $75,000. Baker Decl. ¶ 5.

7. <u>Removal is Timely</u>. This Notice of Removal is timely filed within thirty (30) days from date on which ASIC received the Complaint from the Washington Insurance Commissioner. *Id.* ¶ 3. It is also timely filed within thirty (30) days from the date on which ASIC was advised that the amount in controversy exceeds $75,000. *Id.* ¶ 5.

8. Removal to this Court is proper because this Court is the United States District Court for the district and division within which the State Court Action is pending. *See* 28 U.S.C. §§ 1391, 1441(a), and 1446(a).

9. As required by 28 U.S.C. § 1446, a true and correct copy of all state court process, pleadings, or orders purportedly served on the removing party to date are attached to the accompanying Baker Declaration.

10. Copies of this Notice of Removal and the Baker Declaration with exhibits are being served upon Plaintiff's counsel and filed with the clerk of the Superior Court of Washington for King County pursuant to 28 U.S.C. §§ 1446(a) and (d).

11. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a)

12. Because this claim arose in King County, assignment of this action to the Seattle Division is appropriate.

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 3
Case No. 2:23-cv-01311

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

13. By seeking removal, ASIC does not waive, and expressly reserves, all rights, defenses, and objections of any nature that it may have to Plaintiff's claims.

DATED: August 24, 2023.

JENSEN MORSE BAKER PLLC

By *s/ Gabriel Baker*
Gabriel Baker, WSBA No. 28473
Gabe.baker@jmblawyers.com

By *s/ Benjamin J. Roesch*
Benjamin J. Roesch, WSBA No. 39960
Benjamin.roesch@jmblawyers.com

1809 Seventh Avenue; Suite 410
Seattle, WA 98101
206.628.1550

Attorneys for Defendant AIG Specialty Insurance Company

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 4
Case No. 2:23-cv-01311

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## CERTIFICATE OF SERVICE

Pursuant to the laws of the United States and the State of Washington, the undersigned certifies under penalty of perjury that on the 24th day of August, 2023, the document attached hereto was served upon the below counsel in the manner indicated:

| Attorneys for Plaintiffs | |
|---|---|
| Tristan N. Swanson, WSBA No. 41934<br>Miller Nash LLP<br>605 5th Avenue South; Suite 900<br>Seattle, WA  98104<br>tristan.swanson@millernash.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 24th day of August, 2023, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 5
Case No. 2:23-cv-01311

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644