UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEWCO, INC. dba CASCADE COLUMBIA DISTRIBUTION COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY, fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois insurance company,<br><br>Defendant. | NO. 2:23-CV-01311-LK<br><br>ORDER OF DISMISSAL |

The parties have notified the Court that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any deadlines previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

DATED this 26th day of January, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1